No. 64292.—Castelazo & Associates and The Wolsey Co. et al. *v.* United States, protest 59/18010, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "triangles, squares, adjustable triangles, rules, French curves, and protractors, composed of acrylic plastic containing no filler material, and are not similar in use to any enumerated dutiable article," the claim of the plaintiffs was sustained.

No. 64293.—Pez-Haas, Inc. *v.* United States, protest 59/25661 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles in question consist of "plastic candy dispensers in chief value of polystyrene, not articles in chief value of a compound, combination or mixture containing cellulose acetate and not similar in use to any such articles," the claim of the plaintiff was sustained.

No. 64294.—John L. Westland & Son, Inc., a/c Pioneer Trading Co. *v.* United States, protests 59/9390, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 63321, the claim of the plaintiff was sustained.

No. 64295.—E. C. Scherrer, Inc. *v.* United States, protest 59/28909. (New York).

Opinion by OLIVER, C.J. The protest was dismissed.